# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRENDA SUE JACKSON**                                                                                    **PLAINTIFF**

v.                                    **CASE NO. 4:14CV00053 BSM**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                        **DEFENDANT**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray have been reviewed. No objection has been filed. After careful consideration, the RD are hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1  The commissioner's decision is reversed and this case is remanded pursuant to sentence four. *See* 42 U.S.C. § 405(g); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). On remand, the Administrative Law Judge ("ALJ") should update the medical record, properly identify any severe impairments at step 2, and weigh the opinions of the medical and vocational experts adequately.

2  The clerk is directed to immediately remand this case to the ALJ along with a copy of the RD.

IT IS SO ORDERED this 19th day of August 2015.

_____
UNITED STATES DISTRICT JUDGE